NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VELMA RUTH THOMAS,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2014-3143

---

Petition for review of the Merit Systems Protection Board in No. AT-0841-13-0546-I-1.

---

**ON MOTION**

---

**O R D E R**

Velma Ruth Thomas moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                        THOMAS v. OPM

                         FOR THE COURT

                         /s/ Daniel E. O'Toole
                         Daniel E. O'Toole
                         Clerk of Court

s24